# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**SAMANTHA COOK,**

      **Plaintiff,**

                                                                             **Case No. 10-CV-2133-KHV**

**v.**

**OLATHE HEALTH SYSTEM, et al.,**

      **Defendants**.

## RONALD KARLIN, M.D.'S MOTION TO DISMISS COUNTS IV AND VI OF PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW Defendant Ronald Karlin, M.D., by and through counsel Trevin Wray of Holbrook & Osborn, P.A., and hereby moves this Court to dismiss Counts IV and VI of Plaintiff's First Amended Complaint for failing to state a claim upon which relief may be granted. In support thereof and in compliance with Fed. R. Civ. P. 12(b)(6) and D. Kan. 7.1, a memorandum in support is filed herewith.

                                            Respectfully Submitted:

                                            HOLBROOK & OSBORN, P.A.

                                  By:    */s/ Trevin Wray*
                                          Trevin Wray, KS #21165
                                          7400 W. 110th Street, Suite 600
                                          Overland Park, Kansas 66210-2362
                                          Telephone:    (913) 342-2500
                                          Facsimile:    (913) 342-0603
                                          twray@holbrookosborn.com
                                          ATTORNEYS FOR DEFENDANT
                                          RONALD KARLIN, M.D.

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing document was filed this 27th day of May, 2010, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremiah L. Johnson
Law Offices of Jeremiah Johnson, LLC
104 E. Poplar
Olathe, KS 66061
(913) 768-0070 ext. 16
Fax: (913) 764-5012
jeremiah@kcatty.com
ATTORNEY FOR PLAINTIFF


Shannon D. Cohorst
Scharnhorst, Ast & Kennard, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9400
Fax: (816) 268-9409
sdc@sakfirm.com
ATTORNEY FOR DEFENDANTS OLATHE HEALTH SYSTEM, INC.,
MELISSA DAVENPORT AND KIM WHEELER


Michael K. Seck
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210
(913) 339-6757
Fax: (913) 339-6187
mseck@fisherpatterson.com
ATTORNEY FOR DEFENDANTS LEE R. KIBBEE,
WESLEY H. SMITH AND OLATHE POLICE DEPARTMENT


                                                        */s/ Trevin Wray*
                                                     Attorney for Defendant