IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SAMANTHA COOK,

                Plaintiff,

v.                                                      Case No.: 10-cv-02133-KHV-DJW

OLATHE HEALTH SYSTEM, INC., et al.,

                Defendants.

## **DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

      Defendants Lee Kibbee, Wesley Smith, and City of Olathe, Kansas, move the court for summary judgment on all claims against them pursuant to Fed.R.Civ.P. 56. A memorandum in support accompanies this cross-motion.

                                      Respectfully submitted,

                                      FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
                                      51 Corporate Woods, Suite 300/9393 West 110th Street
                                      Overland Park, KS 66210
                                      Phone: (913) 339-6757/Fax: (913) 339-6187
                                      E-mail: mseck@fisherpatterson.com

                                      s/Michael K. Seck
                                      Michael K. Seck    #11393

                                      and

FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street, P. O. Box 949
Topeka, KS  66601-0949
Phone:  (785) 232-7761/Fax: (785) 232-6604
E-mail: twatson@fisherpatterson.com

s/Teresa L. Watson
Teresa L. Watson        #16654
**Attorneys for Defendants Lee Kibbee, Wesley Smith, and City of Olathe, Kansas Police Department**

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 24, 2010, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jeremiah Johnson
LAW OFFICE OF JEREMIAH JOHNSON, LLC
104 E. Poplar
Olathe, KS 66061
(913) 764-5010/(913) 764-5012 - Fax
jeremiah@kcatty.com
**Attorney for Plaintiff**
**Samantha Cook**

Todd A. Scharnhorst
SCHARNHORST AST & KENNARD, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9401/(816) 268-9409-Fax
tas@sakfirm.com
**Attorney for Defendant**
**Olathe Health Systems, Inc.**

Trevin Wray
HOLBROOK & OSBORN, P.A.
7400 West 110th Street, Suite 600
Overland Park, KS 66210-2362
(913) 342-2500/(913) 342-0603-Fax
**Attorney for Defendant**
**Ronald Karlin, M.D.**

       I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: **None.**

                                              s/Teresa L. Wastson
                                              Teresa L. Watson    #16654