## CLERK'S COURTROOM MINUTE SHEET - GENERAL

### CASE NO. 10-2133-KHV-DJW

| **CAPTION:** | **APPEARANCES:** |
|---|---|
| SAMANTHA COOK, | Jeremiah L. Johnson |
| | Scott McFall |
| Plaintiff, | |
| vs. | |
| OLATHE HEALTH SYSTEMS, INC., et al., | Michael Seck |
| | Trevin E. Wray |
| Defendants. | Shannon D. Cohorst |

_____

**Judge:** David J. Waxse  **Clerk:** Shauna L. Ripley  **Recorded:** FTR 10:01:24 am

**Date:** November 24, 2010  **Location:** Kansas City

**Length of Hearing:** 2 hours and 30 minutes

**Hearing Completed:**  (X) Yes  ( ) No

(X) Tx Motion Hearing  ( ) Status Conference  ( ) Settlement Conference

( ) Other: _____

### PROCEEDINGS

The Court held a Motion Hearing on the following Motions:
(1) Motion for Protective Order and/or Motion for a Stay of Discovery of Defendants Lee R. Kibbee and Wesley H. Smith (ECF No. 44),
(2) Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 57),
(3) Supplemental Motion for Protective Order and/or Motion for a Stay of Discovery of Defendants Lee R. Kibbee and Wesley H. Smith (ECF No. 61),
(4) Plaintiff's Motion to Quash Defendant Olathe Medical Center's Notice of Deposition (ECF No. 72),
(5) Plaintiff's Motion to Compel Rule 26(a)(1) Disclosures by Defendants Kibbee, Smith, and the City of Olathe (ECF No. 82),
(6) Defendant Ronald Karlin M.D.'s Motion to Compel (ECF No. 84),
(7) Defendants' Motion for Leave to Take Videotaped Deposition (ECF No. 92),
(8) Plaintiff's Motion to Compel Defendant Karlin's Answers to Interrogatories and Responses to Requests for Production (ECF No. 110),

(9)   Motion for Extension of Time (ECF No. 111),
(10)  Plaintiff's Memorandum in Support of her Motion for Spoliation Sanctions Due to the Deliberate Destruction of Four Computer Hard Drives by Defendants Kibbee, Smith, and the City of Olathe (ECF No. 116),
(11)  Renewed Motion for Protective Order of Defendants Kibbee and Smith (ECF No. 122),
(12)  Motion to Strike Defendants' Affidavits (ECF No. 130), and
(13)  Plaintiff's Motion for Spoliation Sanctions Due to the Failure to Preserve and Produce Defendant Smith's In-Car Video (ECF No. 132).

I.   During the hearing, the Court found the following Motions to be moot:

   (a)   Plaintiff's Motion to Quash Defendant Olathe Medical Center's Notice of Deposition (ECF No. 72),
   (b)   Defendant Ronald Karlin, M.D.'s Motion to Compel (ECF No. 84),
   (c)   Defendants' Motion for Leave to Take Videotaped Deposition (ECF No. 92), and
   (d)   Motion for Extension of Time (ECF No. 111).

II.  The Court denied the following Motions:
   (a)   Plaintiff's Motion to Compel Rule 26(a)(1) Disclosures by Defendants Kibbee, Smith, and the City of Olathe (ECF No. 82),
   (b)   Plaintiff's Motion to Compel Defendant Karlin's Answers to Interrogatories and Responses to Requests for Production (ECF No. 110), and
   (c)   Motion to Strike Defendants' Affidavits (ECF No. 130).

III. The Court granted the following Motions:
   (a)   Motion for Protective Order and/or Motion for a Stay of Discovery of Defendants Lee R. Kibbee and Wesley H. Smith (ECF No. 44).  Discovery directed towards Defendants Lee R. Kibbee and Wesley H. Smith shall be stayed until District Judge Vratil resolves the issue of qualified immunity raised in Defendants' Cross-Motion for Summary Judgment (ECF No. 77).
   (b)   Supplemental Motion for Protective Order and/or Motion for a Stay of Discovery of Defendants Lee R. Kibbee and Wesley H. Smith (ECF No. 61), and
   (c)   Renewed Motion for Protective Order of Defendants Kibbee and Smith (ECF No. 122).  The Court will enter the Protective Order shortly.

IV.  The Court took the following Motions under advisement:
   (a)   Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 57),
   (b)   Plaintiff's Memorandum in Support of her Motion for Spoliation Sanctions Due to the Deliberate Destruction of Four Computer Hard Drives by Defendants Kibbee, Smith, and the City of Olathe (ECF No. 116),
   (c)   Plaintiff's Motion for Spoliation Sanctions Due to the Failure to Preserve and Produce Defendant Smith's In-Car Video (ECF No. 132).