## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SAMANTHA COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:10-CV-02133-KHV-DJW |
| | ) |
| OLATHE MEDICAL CENTER, INC., | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION TO AMEND PETITION TO ADD PUNITIVE DAMAGES

**COMES NOW,** Samantha Cook, by and through counsel Jeremiah Johnson, and pursuant to K.S.A. 60-3703 moves the court to allow her to amend her petition to include a claim for punitive damages. In support of her motion, Ms. Cook submits the attached *Memorandum in Support of Her Motion to Amend Petition to Add Punitive Damages*:

Respectfully submitted by:

/S/Jeremiah Johnson
_____
Jeremiah Johnson
THE LAW OFFICES OF JEREMIAH JOHNSON, LLC
104 E. Poplar
Olathe, KS 66061
jeremiah@kcatty.com
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on March 21, 2011, a true and accurate copy of the foregoing was served on the following counsel of record via e-mail and U.S. Mail:

Michael K. Seck
FISHER, PATTERSON, SAYLER & SMITH, LLP
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, KS 66210
mseck@fisherpatterson.com

Todd A. Scharnhorst
Shannon D. Cohorst
SCHARNHORST AST & KENNARD, P.C.
1000 Walnut, Suite 1550
Kansas City, Missouri 64106-2143

Trevin Wray
HOLBROOK & OSBORN, P.A.
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210
twray@holbrookosborn.com

/s/  Jeremiah Johnson
*Attorney*