IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | | |
|---|---|---|
| SAMANTHA COOK, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| OLATHE HEALTH SYSTEMS, INC., | ) | Case No. 10-CV-02133-KHV-DJW |
| MELISSA DAVENPORT, | ) | |
| LEE R. KIBBEE, | ) | |
| WESLEY H. SMITH, | ) | |
| THE CITY OF OLATHE, | ) | |
| DR. RONALD KARLIN, and | ) | |
| KIM WHEELER, | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR CONTINUATION OF
SCHEDULING DEADLINES AND TRIAL SETTING**

COME NOW the parties, and jointly move the Court for an Order continuing all scheduled deadlines and the trial date in the above-captioned matter. In support of this Motion, the parties state to the Court as follows:

1.      The Plaintiff brings this action pursuant to 42 U.S.C. § 1983 and alleges a violation of various constitutional rights by the Defendants.

2.      Pursuant to the Court's Memorandum and Order (Doc. 217), the parties were ordered to complete the depositions of Defendants Kibbee and Smith no later than June 15, 2011. By agreement of counsel, these depositions were to be taken on June 10 and 13, 2011. Thereafter, this matter was set for trial on the Court's docket beginning August 1, 2011.

3.      On June 10, 2011, during the deposition of Defendant Kibbee, Plaintiff's counsel, Jeremiah Johnson, learned that his law partner, Scott McFall, suffered the unexpected death of McFall's two-week old child that morning.

4.      Defendant Kibbee's deposition was stopped and counsel contacted Judge Waxse's chambers to, initially, seek relief from the June 15, 2011, deadline and, also, to inform the Court of the likelihood of the need for continuation of the trial date.

5.    Mr. McFall is Mr. Johnson's sole law partner.  Mr. McFall was scheduled to assist Mr. Johnson in the preparation and trial of this matter.  Mr. Johnson presently has no understanding of the length of time Mr. McFall will be absent from the office.  Thus, Mr. Johnson is placed in the position of covering his docket and the docket of his partner while still complying with the extensive deadlines set by this Court in the Pretrial Order (Doc. 209).

6.    Because counsel for the parties believes that it is not feasible to complete the depositions of Defendants Kibbee and Smith in the near term, they are seeking relief from the Court's deadlines and from the August 1, 2011, trial date.

7.    The Court currently has scheduled a status conference for **July 15, 2011** at **9:30 a.m.** Counsel are in agreement that the conference should remain as scheduled, but perhaps conducted by telephone to apprise the Court of the status of Mr. Johnson and Mr. McFall for purposes of rescheduling the deadlines and trial.

WHEREFORE, the parties jointly move the Court for an Order continuing the scheduled deadlines and trial setting in the above-referenced matter.

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

  /s/ Michael K. Seck, #11393
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
(913) 339-6757 / (913) 339-6187 (FAX)
mseck@fisherpatterson.com
ATTORNEYS FOR DEFENDANTS
CITY OF OLATHE, LEE KIBBEE AND WESLEY SMITH

LAW OFFICES OF JEREMIAH JOHNSON LLC


/s/ Jeremiah Johnson
Jeremiah Johnson, KS#22726
104 E. Poplar
Olathe, Kansas 66061
(913) 768-0070\Fax: (913) 764-5012
(816) 284-9524
jeremiah@kcatty.com
**ATTORNEY FOR PLAINTIFF**
**SAMANTHA COOK**


SCHARNHORST AST & KENNARD, P.C.

/s/ Todd A. Scharnhorst
Todd A. Scharnhorst, KS#16863
Shannon Cohorst, KS#23496
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9401\Fax: (816) 268-9409
tas@sakfirm.com
sdc@sakfirm.com
**ATTORNEY FOR DEFENDANTS**
**OLATHE HEALTH SYSTEMS, INC.**
**MELISSA DAVENPORT AND KIM WHEELER**


HOLBROOK & OSBORN, P.A.

/s/ Trevin Wray
Trevin Wray, KS#21165
Tucker L. Poling, KS#23266
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210-2362
(913) 342-2500\Fax: (913) 342-0603
twray@holbrookosborn.com
tpoling@holbrookosborn.com
**ATTORNEYS FOR DEFENDANT**
**RONALD KARLIN, M.D.**


O0289846.WPD;1