**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **SAMANTHA COOK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | |
| | ) | **No. 10-2133-KHV** |
| **OLATHE MEDICAL CENTER, INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

This matter comes before the Court on the Joint Motion For Continuance Of Scheduling Deadlines And Trial Setting (Doc #219) filed June 13, 2011. Due to the unexpected death of a child of plaintiff's second-chair counsel, the parties seek continuances of the deadline to take depositions of Lee R. Kibbee and Wesley R. Smith and trial scheduled for August 1, 2011. The Court will continue to June 30, 2011, the deadline to take the depositions of Kibbee and Smith. While the Court is sympathetic to the circumstances surrounding the parties' request, it notes that trial is a full six weeks away. Nothing on the face of the parties' motion suggests that plaintiff's co-counsel will be away from work for six weeks or anything close to it. The Court also notes that co-counsel is scheduled to assist with trial, but is not lead counsel. This case has been set for trial since August 11, 2010, and it will not be lengthy (it is only expected to last for seven days). The pretrial motions are fully briefed. In these circumstances, the record does not establish good cause to continue the trial date at this time.

**IT IS THEREFORE ORDERED** that the Joint Motion For Continuance Of Scheduling Deadlines And Trial Setting (Doc #219) filed June 13, 2011 be and hereby is **SUSTAINED in part.** The deadline to take the depositions of Lee R. Kibbee and Wesley R. Smith is continued to **June**

**30, 2011.** Trial remains scheduled for **August 1, 2011.** The Court will hold a status conference on **July 15, 2011** at **9:30 a.m.**

Dated this 13th day of June, 2011 at Kansas City, Kansas.

s/ Kathryn H. Vratil<br>
KATHRYN H. VRATIL<br>
United States District Judge