## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY, KANSAS

| | |
|---|---|
| SAMANTHA COOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-CV-02133-KHV-DJW |
| ) | |
| OLATHE HEALTH SYSTEMS, INC., ) | |
| MELISSA DAVENPORT, ) | |
| LEE R. KIBBEE, ) | |
| WESLEY H. SMITH, ) | |
| THE CITY OF OLATHE, ) | |
| DR. RONALD KARLIN, and ) | |
| KIM WHEELER, ) | |
| Defendants. ) | |

### MOTION IN LIMINE OF DEFENDANTS CITY OF OLATHE, KANSAS, LEE KIBBEE AND WESLEY SMITH

COMES NOW the Defendants, the City of Olathe, Kansas, Lee Kibbee, and Wesley Smith, and moves this Court for an order in limine, prior to jury selection and commencement of trial, prohibiting Plaintiff, counsel, and Plaintiff's witnesses, from presenting before the jury, either directly or indirectly, any question, testimony, argument, statement, document or exhibit referring in any way to the following matters:

1. The availability of any insurance coverage providing a defense or indemnification of these Defendants;

2. Any claims that are not contained in the Pretrial Order (Doc. 209);

3. Any settlement negotiations among the parties;

4. Any reference by the Plaintiff concerning opinions of expert witnesses.

5. Any evidence about other claims, lawsuits, and incidents involving Defendants.

The Defendants submit herewith their Memorandum in Support.

WHEREFORE, these Defendants respectfully request that this Court enter its order in limine as set forth above.

        Respectfully submitted,

        FISHER, PATTERSON, SAYLER & SMITH, LLP

        /s/ Michael K. Seck, #11393
        Michael K. Seck, #11393
        Marc N. Middleton, #24458
        51 Corporate Woods, Suite 300
        9393 West 110th Street
        Overland Park, Kansas  66210
        (913) 339-6757 / (913) 339-6187 (FAX)
        mseck@fisherpatterson.com
        mmiddleton@fisherpatterson.com
        ATTORNEYS FOR DEFENDANTS
        CITY OF OLATHE, LEE KIBBEE AND WESLEY SMITH

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Motion in Limine of Defendants City of Olathe, Kansas, Lee Kibbee, and Wesley Smith* this **23rd** day of June, 2011, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremiah Johnson, KS#22726
LAW OFFICES OF JEREMIAH JOHNSON LLC
104 E. Poplar
Olathe, Kansas 66061
(913) 768-0070\Fax: (913) 764-5012
(816) 284-9524
jeremiah@kcatty.com
**ATTORNEY FOR PLAINTIFF**
**SAMANTHA COOK**

Todd A. Scharnhorst, KS#16863
Shannon Cohorst, KS#23496
SCHARNHORST AST & KENNARD, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9401\Fax: (816) 268-9409
tas@sakfirm.com
sdc@sakfirm.com
**ATTORNEY FOR DEFENDANTS**
**OLATHE HEALTH SYSTEMS, INC.**
**MELISSA DAVENPORT AND KIM WHEELER**

Trevin Wray, KS#21165
Tucker L. Poling, KS#23266
HOLBROOK & OSBORN, P.A.
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210-2362
(913) 342-2500\Fax: (913) 342-0603
twray@holbrookosborn.com
tpoling@holbrookosborn.com
**ATTORNEYS FOR DEFENDANT**
**RONALD KARLIN, M.D.**

                                           /s/ Michael K. Seck, #11393