IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SAMANTHA COOK, )<br>           Plaintiff, )<br>)<br>vs. )<br>)<br>OLATHE HEALTH SYSTEM, INC., )<br>LEE KIBBEE, )<br>WESLEY SMITH, )<br>CITY OF OLATHE, KANSAS )<br>RONALD KARLIN, M.D. )<br>OLATHE MEDICAL CENTER, INC., )<br>MELISSA DAVENPORT, )<br>KIMBERLY WHEELER, )<br>)<br>           Defendants. )<br><br>           **Defendants**. | Case No. 2:10-CV-02133-KHV |

## RONALD KARLIN, M.D.'S MOTIONS IN LIMINE

COMES NOW Defendant Ronald Karlin, M.D., by and through counsel Trevin Wray & Tucker Poling of Holbrook & Osborn, P.A., and hereby submits his Motions in Limine to prohibit Plaintiff's counsel from introducing evidence, argument, or statements pertaining to the subjects contained herein. In compliance with D. Kan. 7.1, a Memorandum in Support of this Motion is attached.

1

Respectfully Submitted:

HOLBROOK & OSBORN, P.A.

By:    */s/ Trevin Wray*
      Trevin Wray, KS #21165
      7400 W. 110th Street, Suite 600
      Overland Park, Kansas 66210-2362
      Telephone:   (913) 342-2500
      Facsimile:    (913) 342-0603
      twray@holbrookosborn.com
      ATTORNEYS FOR DEFENDANT
      RONALD KARLIN, M.D.

**CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was filed this 27th day of June, 2011, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremiah L. Johnson
Law Offices of Jeremiah Johnson, LLC
104 E. Poplar
Olathe, KS 66061
(913) 768-0070 ext. 16
Fax: (913) 764-5012
jeremiah@kcatty.com
ATTORNEY FOR PLAINTIFF


Shannon D. Cohorst
Scharnhorst, Ast & Kennard, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9400
Fax: (816) 268-9409
sdc@sakfirm.com
ATTORNEY FOR DEFENDANTS OLATHE HEALTH SYSTEM, INC.,
MELISSA DAVENPORT AND KIM WHEELER


Michael K. Seck
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210
(913) 339-6757
Fax: (913) 339-6187
mseck@fisherpatterson.com
ATTORNEY FOR DEFENDANTS LEE R. KIBBEE,
WESLEY H. SMITH AND OLATHE POLICE DEPARTMENT


                                          /s/ Trevin Wray
                                          Attorney for Defendant