IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| SAMANTHA COOK, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 2:10-CV-02133-KHV |
| | ) |
| OLATHE HEALTH SYSTEM, INC., | ) |
| LEE KIBBEE, | ) |
| WESLEY SMITH, | ) |
| CITY OF OLATHE, KANSAS | ) |
| RONALD KARLIN, M.D. | ) |
| OLATHE MEDICAL CENTER, INC., | ) |
| MELISSA DAVENPORT, | ) |
| KIMBERLY WHEELER, | ) |
| | ) |
|     Defendants. | ) |

### RONALD KARLIN, M.D.'S PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)

COMES NOW Defendant Ronald Karlin, M.D., by and through counsel Trevin Wray of Holbrook & Osborn, P.A., and hereby makes his final pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

**I.**   **Witnesses**.

    A.   Ronald Karlin, M.D.
          May be contacted through counsel.
          Party-defendant. Will testify on all relevant matters.
          Defendant expects to call this witness

    B.   Melissa Davenport
          May be contacted through counsel for Olathe Medical Center, Inc.
          Party-defendant. Will testify on all relevant matters.
          Defendant expects to call this witness.

    C.   Kim Wheeler
          May be contacted through counsel for Olathe Medical Center, Inc.
          Party-defendant. Will testify on all relevant matters.

        Defendant expects to call this witness.

D.    Lee Kibbee
May be contacted through counsel for City of Olathe.
Party-defendant. Will testify on all relevant matters.
Defendant expects to call this witness.

E.    Wesley Smith
May be contacted through counsel for City of Olathe.
Party-defendant. Will testify on all relevant matters.
Defendant expects to call this witness.

F.    Dennis Fritchie
800 S.E. Monterey Road
Stuart, FL 34994
(772) 220-7000
Investigated Plaintiff's claims of molestation by a Martin County, Florida Deputy.
Defendant may call this witness.

G.    Ben Schoolcraft
11811 S. Sunset Dr. #1100
Olathe, Kansas 66061
(913) 715-1950
Will testify as to Plaintiff's conduct in the ambulance.
Defendant expects to call this witness.

H.    Kelly Moulin
11811 S. Sunset Dr. #1100
Olathe, Kansas 66061
(913) 715-1950
Will testify as to Plaintiff's conduct in the ambulance.
Defendant expects to call this witness.

I.    Simone Walters
1315 Indian Lake Road
Daytona Beach, FL 32117
(386) 258-4053
Will testify to statements made by Plaintiff during her pretrial detention in Volusia County, Florida, relevant to Plaintiff's claims of damages.
Defendant may call this witness.

J.    Wanda Edwards
1315 Indian Lake Road

        Daytona Beach, FL 32117
        (386) 258-4053
        Will testify to statements made by Plaintiff during her pretrial detention in Volusia County, Florida, relevant to Plaintiff's claims of damages.
        Defendant may call this witness.

K.    Kevin Koch, M.D.
        12330 Metcalf Ave.
        Overland Park, KS 66213
        (913) 317-7000
        Dr. Koch is a retained expert that will provide opinion testimony concerning the medical standard of care, causation, and damages.
        Defendant expects to call this witness.

L.    Robert Prosser, Jr., M.D.
        9100 W. 74th Street
        Overland Park, KS 66204
        Dr. Prosser is a retained expert that will provide opinion testimony concerning the medical standard of care, causation, and damages.
        Defendant may call this witness.

M.    Tim Dennis
        900 S.W. Jackson St., 4th Floor
        Topeka, KS 66612
        Mr. Dennis is a retained expert that will provide opinion testimony on police procedure.
        Defendant expects to call this witness.

N.    Samantha Cook #V37316
        11120 NW Gainsville Rd.
        Ocala, FL 34482
        Party-Plaintiff. Will testify on all relevant matters.
        Defendant expects to present Ms. Cook's testimony by video deposition.

## II. Exhibits

Defendant expects to introduce the following exhibits:

A.    Video of April 17, 2008, traffic stop recorded by Lee Kibbee.

B.    Audio track from April 17, 2008, encounter with Plaintiff recorded by Lee Kibbee.

(Part one, 29:12 in duration.)

C. Audio track from April 17, 2008, encounter with Plaintiff recorded by Wesley Smith. (Part one, 08:56 in duration.)

D. Audio track from April 17, 2008, encounter with Plaintiff recorded by Wesley Smith. (Part two, 56:58 in duration.)

E. Audio track from April 17, 2008, encounter with Plaintiff recorded by Lee Kibbee. (Part two, 29:12 in duration.)

F. Police reports of Lee Kibbee and Wesley Smith, re: April 17, 2008, arrest of Plaintiff.

G. Seven photographs of Samantha Cook taken by police personnel on April 17, 2008.

H. Internal Affairs Memorandum from Martin County, Florida Sheriff, re: 1998 incident involving Plaintiff and a Martin County deputy.

I. Volusia County, Florida psychiatric evaluation prepared with regard to Plaintiff's competency to stand trial.

J. Medical records of Prison Health Services regarding Plaintiff from 2008 to present.

K. Volusia County, Florida Police Reports regarding plaintiff's battery of two jail deputies.

L. Medical records of Olathe Medical Center regarding Plaintiff from April 17, 2008.

Defendant reserves the right to introduce enlarged individual records from the exhibit set forth in paragraph "L" of this designation.

M. Johnson County Med-Act Records regarding Plaintiff.

Defendant reserves the right to introduce enlarged individual records from the exhibit set forth in paragraph "M" of this designation.

N.    Curriculum Vitae of Kevin Koch, M.D.

O.    Curriculum Vitae of Ronald Karlin, M.D.

P.    Expert report of Kevin Koch, M.D.

Q.    Expert report of Tim Dennis.

R.    Expert report of Robert Prosser, Jr., M.D.

S.    Harwood & Nuss, "Clinical Practice of Emergency Medicine." Ch. 164, p. 811-13.

T.    Harwood & Nuss, "Clinical Practice of Emergency Medicine." Ch. 366, p. 1674-78.

U.    "The Violent or Agitated Patient." *Emerg. Med. Clin. N.A.*, 2010 Feb. 28(1): 235-56.

V.    Plaintiff's conviction information concerning 2010 conviction for unlawful sexual relations with a child.

Defendant may introduce the following exhibits:

W.    Medical Records of "M.D. Now Urgent Care" regarding Plaintiff.

X.    Medical Records of Roxanna Platt, M.D., regarding Plaintiff.

Respectfully Submitted,

HOLBROOK & OSBORN, P.A.
By::    */s/ Trevin Wray*
Trevin Wray, KS #21165
7400 W. 110th Street, Suite 600
Overland Park, Kansas 66210-2362
Telephone:   (913) 342-2500
Facsimile:    (913) 342-0603
twray@holbrookosborn.com
ATTORNEY FOR DEFENDANT
RONALD KARLIN, M.D.

**CERTIFICATE OF SERVICE**

       This will certify that a true and correct copy of the foregoing document was filed this 27th day of June, 2011, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremiah L. Johnson
Law Offices of Jeremiah Johnson, LLC
104 E. Poplar
Olathe, KS 66061
(913) 768-0070 ext. 16
Fax: (913) 764-5012
jeremiah@kcatty.com
ATTORNEY FOR PLAINTIFF


Shannon D. Cohorst
Scharnhorst, Ast & Kennard, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9400
Fax: (816) 268-9409
sdc@sakfirm.com
ATTORNEY FOR DEFENDANTS OLATHE HEALTH SYSTEM, INC.,
MELISSA DAVENPORT AND KIM WHEELER


Michael K. Seck
Fisher, Patterson, Sayler & Smith, LLP
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210
(913) 339-6757
Fax: (913) 339-6187
mseck@fisherpatterson.com
ATTORNEY FOR DEFENDANTS LEE R. KIBBEE,
WESLEY H. SMITH AND OLATHE POLICE DEPARTMENT

                                                                                     */s/ Trevin Wray*
                                                                                    Attorney for Defendant