IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | |
|---|---|
| SAMANTHA COOK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 10-CV-02133-KHV-DJW |
| | ) |
| LEE KIBBEE, | ) |
| WESLEY SMITH, | ) |
| CITY OF OLATHE, KANSAS, | ) |
| OLATHE HEALTH SYSTEM, INC. | ) |
| MELISSA DAVENPORT, | ) |
| KIMBERLY WHEELER, | ) |
| OLATHE MEDICAL CENTER, INC. | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S MOTIONS IN LIMINE**

Plaintiff Samantha Cook, by and through counsel Jeremiah Johnson, moves the Court for an Order in limine excluding the following testimony, presentation of evidence, and discussions or arguments at trial:

I.    Plaintiff's actions after July 12, 2009, including any criminal cases or convictions concerning Plaintiff, other than Johnson County Kansas District Court case no. 08CR880.

II.    Plaintiff's employment as an "exotic dancer" or "stripper."

**WHEREFORE**, Plaintiff requests the Court issue an Order in limine prohibiting mention of Plaintiff's employment or actions after July 12, 2009.

Respectfully submitted by,
/S/ Jeremiah Johnson

_____
Jeremiah Johnson, KS#22726
104 E. Poplar

Olathe, KS 66061
(913) 764-5010\Fax: (913) 764-5012
(913) 406-0732
jeremiah@kcatty.com

## CERTIFICATE OF SERVICE

I certify that on July 1, 2011, I electronically filed this notice, causing a copy to be sent to the following:

Trevin Wray, KS
HOLBROOK & OSBORN, P.A.
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210-2362
(913)342-2500\Fax: (913)342-0603
twray@holbrookosborn.com
**ATTORNEY FOR DEFENDANTS**
**DR. RONALD KARLIN**

Michael K. Seck #11393
FISHER, PATTERSON, SAYLER & SMITH, LLP
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913)339-6757\Fax: (913)339-6187
mseck@fisherpatterson.com
**ATTORNEY FOR DEFENDANTS**
**LEE KIBBEE, WESLEY SMITH AND**
**CITY OF OLATHE, KANSAS POLICE DEPARTMENT**

Todd A. Scharnhorst,
Shannon D. Cohorst,
SCHARNHORST AST & KENNARD, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
816)268-9401\Fax: (816)268-9409
tas@sakfirm.com
**ATTORNEY FOR DEFENDANTS**
**MELISSA DAVENPORT AND KIM WHEELER**
**OLATHE HEALTH SYSTEMS, INC.**

/S/ Jeremiah Johnson
_____
Jeremiah Johnson, KS#22726