IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | |
|---|---|
| SAMANTHA COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-CV-02133-KHV-DJW |
| | ) |
| OLATHE HEALTH SYSTEMS, INC., | ) |
| MELISSA DAVENPORT, | ) |
| LEE R. KIBBEE, | ) |
| WESLEY H. SMITH, | ) |
| THE CITY OF OLATHE, | ) |
| DR. RONALD KARLIN, and | ) |
| KIM WHEELER, | ) |
| Defendants. | ) |

## MOTION FOR ORDER PURSUANT TO FED. R. CIV. P., 36(a)(3)

COME NOW Defendants, the City of Olathe, Kansas, Lee R. Kibbe, and Wesley H. Smith, and moves this Court for an Order pursuant to Fed. R. Civ. P., 36(a)(3), finding certain Request for Admissions to be deemed admitted. In support of their Motion, these Defendants state to the Court as follows:

1. On August 16, 2010, the Defendants served upon Plaintiff Requests for Admissions.

2. Attached hereto and incorporated herein by reference are the following documents:

   a. E-mail dated, August 16, 2010, serving Request for Admissions on the parties;

   b. Request for Admissions to Plaintiff;

   c. Notice of Service of Discovery (Doc. 68).

3. More than 30 days has expired since the service of the Request for Admissions and Plaintiff has made no response.[1]

---

[1] On June 23, 2011 the undersigned wrote Plaintiff's counsel asking whether the responses had been timely served and, if they had, to forward a copy together with the Notice of Service since none appeared on the Court's docket sheet. The purpose of the letter was to assure that there simply was not a mistake on the part of the Defendants. Counsel for other Defendants indicate that they too did not receive the responses. Although Plaintiff's counsel claimed that the responses to the Request for Admissions had been timely served, none have been received as of the date of this motion.

4. These Defendants submit contemporaneously their Memorandum in Support.

WHEREFORE, the Defendants City of Olathe, Kansas, Lee R. Kibbee, and Wesley H. Smith, respectfully request that this Court enter its Order, pursuant to Fed. R. Civ. P., 36(a)(3), deeming these Request for Admissions as **ADMITTED**.

      Respectfully submitted,

      FISHER, PATTERSON, SAYLER & SMITH, LLP

      /s/ Michael K. Seck, #11393
      Michael K. Seck, #11393
      Marc N. Middleton, #24458
      51 Corporate Woods, Suite 300
      9393 West 110th Street
      Overland Park, Kansas  66210
      (913) 339-6757 / (913) 339-6187 (FAX)
      mseck@fisherpatterson.com
      mmiddleton@fisherpatterson.com
      ATTORNEYS FOR DEFENDANTS
      CITY OF OLATHE, LEE KIBBEE AND WESLEY SMITH

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing *Motion for Order Pursuant to Fed. R. Civ. P., 36(a)(3)* this 5th day of July, 2011, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jeremiah Johnson, KS#22726
LAW OFFICES OF JEREMIAH JOHNSON LLC
104 E. Poplar
Olathe, Kansas 66061
(913) 768-0070\Fax: (913) 764-5012
(816) 284-9524
jeremiah@kcatty.com
**ATTORNEY FOR PLAINTIFF**
**SAMANTHA COOK**

Todd A. Scharnhorst, KS#16863
Shannon Cohorst, KS#23496
SCHARNHORST AST & KENNARD, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9401\Fax: (816) 268-9409
tas@sakfirm.com
sdc@sakfirm.com
**ATTORNEY FOR DEFENDANTS**
**OLATHE HEALTH SYSTEMS, INC.**
**MELISSA DAVENPORT AND KIM WHEELER**

Trevin Wray, KS#21165
Tucker L. Poling, KS#23266
HOLBROOK & OSBORN, P.A.
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210-2362
(913) 342-2500\Fax: (913) 342-0603
twray@holbrookosborn.com
tpoling@holbrookosborn.com
**ATTORNEYS FOR DEFENDANT**
**RONALD KARLIN, M.D.**

                                                    /s/ Michael K. Seck, #11393

# Faith Farlough

| | |
|---|---|
| From: | Faith Farlough |
| Sent: | Monday, August 16, 2010 3:25 PM |
| To: | 'sdc@sakfirm.com'; 'twray@holbrookosborn.com'; 'jeremiah@kcatty.com' |
| Cc: | Mike Seck |
| Subject: | COOK v. OLATHE HEALTH SYSTEMS, INC., et al. - Case No. 10-CV-02133-KHV-DJW - DISCOVERY PROPOUNDED TO PLTF attached |
| Attachments: | COOK, S DEFT KIBBEE'S 1ST RFA TO P (O0282929).WPD; COOK, S Notice of Service of Discovery 8-16-2010.pdf; COOK, S Attachment - Defendants' 2nd RFA to P - OMC 001-052.pdf; COOK, S Attachment - Defendants' 2nd RFA to P - Initiation of Action - 08 CR 0880.pdf |
| Importance: | High |

Dear Counsel:

Please find attached and served herewith upon Plaintiff:

1. Defendant Lee Kibbee's First Request for Admissions to Plaintiff Samantha Cook and attachments referred to therein;
2. Notice of Service of Discovery (Doc. 68)

A hard copy will follow via US Mail.

Thanks, FFF



Experience Counts

**Faith Farlough**
**Legal Secretary -- Assistant to Michael K. Seck and Jill Waldman**
**Fisher Patterson Sayler & Smith, LLP**
**9393 West 110th Street, Suite 300**
**Building 51, Corporate Woods**
**Overland Park, Kansas 66210**
**(913) 339-6757 \ Fax: (913) 339-6187**
**ffarlough@fisherpatterson.com**

CONFIDENTIAL NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and attachments.

NOTICE: Please be aware that e-mail is not a secure method of communication. It may be copied and held by a computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | |
|---|---|
| SAMANTHA COOK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OLATHE HEALTH SYSTEMS, INC., )<br>MELISSA DAVENPORT, )<br>LEE R. KIBBEE, )<br>WESLEY H. SMITH, )<br>THE CITY OF OLATHE POLICE DEPARTMENT, )<br>DR. RONALD KARLIN, and )<br>KIM WHEELER, )<br>Defendants. ) | Case No. 10-CV-02133-KHV-DJW |

**DEFENDANT LEE KIBBEE'S FIRST REQUEST FOR
ADMISSIONS TO PLAINTIFF SAMANTHA COOK**

The Defendant, Lee Kibbee, pursuant to Fed. R. Civ. P. 36, and requests that the Plaintiff, Samantha Cook, admit the truth to the following matters and documents, within thirty (30) days from the date of receipt of service hereof as follows:

**REQUESTS FOR ADMISSIONS**

1. Do you admit that attached hereto and Bates No. OMC001-052 are genuine copies of medical records pertaining to Samantha Cook maintained in the ordinary course of business by the Olathe Medical Center?

_____ Admit          _____ Deny

2. Do you admit that on April 17, 2008, during a traffic stop of Samantha Cook by officers employed by the City of Olathe Police Department, that a glass pipe was found in your car?

_____ Admit          _____ Deny

3. Do you admit that the Marijuana Screen performed as part of the medical tests on you at the Olathe Medical Center on April 17, 2008, reported a Presumptive Positive?

_____ Admit          _____ Deny

4. Do you admit that the alcohol (ETOH) test performed as part of the medical tests on you at the Olathe Medical Center on April 17, 2008, reported .153 mg/dL?

_____ Admit          _____ Deny

5. Do you admit attached hereto is a genuine copy of Initiation of Action in Case No. 08 CR 0880?

_____ Admit          _____ Deny

6. Do you admit that in the Initiation of Action the court found probable cause to believe that a crime had been committed in Johnson County by Samantha Cook?

_____ Admit          _____ Deny

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

/s/ Michael K. Seck, #11393
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913) 339-6757 / (913) 339-6187 (FAX)
mseck@fisherpatterson.com
ATTORNEYS FOR DEFENDANTS
LEE KIBBEE, WESLEY SMITH AND
CITY OF OLATHE, KANSAS POLICE DEPARTMENT

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendant Lee Kibbee's First Request for Admissions to Plaintiff Samantha Cook* was served via *e-mail* and United States Mail, postage prepaid, this 16th day of August, 2010, along with a copy of the Notice of Electronic filing, upon the following:

Jeremiah Johnson, KS#22726
LAW OFFICES OF JEREMIAH JOHNSON LLC
104 E. Poplar
Olathe, Kansas 66061
(913) 768-0070\Fax: (913) 764-5012
(816) 284-9524
jeremiah@kcatty.com
**ATTORNEY FOR PLAINTIFF**
**SAMANTHA COOK**

with a copy to:

Todd A. Scharnhorst
Shannon Cohorst
SCHARNHORST AST & KENNARD, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9401\Fax: (816) 268-9409
tas@sakfirm.com
**ATTORNEY FOR DEFENDANT**
**OLATHE HEALTH SYSTEMS, INC.**

Trevin Wray
HOLBROOK & OSBORN, P.A.
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210-2362
(913) 342-2500\Fax: (913) 342-0603
twray@holbrookosborn.com
**ATTORNEYS FOR DEFENDANT**
**RONALD KARLIN, M.D.**

/s/ Michael K. Seck, #11393

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY, KANSAS

| | |
|---|---|
| SAMANTHA COOK, ) | |
| ) | |
| Plaintiff, ) | ECF FILING DATED 8-16-10 @ 3:23pm CDT |
| ) | |
| v. ) | Case No. 10-CV-02133-KHV-DJW |
| ) | |
| OLATHE HEALTH SYSTEMS, INC., ) | |
| MELISSA DAVENPORT, ) | |
| LEE R. KIBBEE, ) | |
| WESLEY H. SMITH, ) | |
| THE CITY OF OLATHE POLICE DEPARTMENT, ) | |
| DR. RONALD KARLIN, and ) | |
| KIM WHEELER, ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF DISCOVERY

COMES NOW the Defendant, Lee Kibbee, by and through his counsel of record, and hereby certifies to the Court that on this 16th day of August, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following, and served *via e-mail* and U.S. Mail, postage prepaid, a copy of: (1) *Defendant Lee Kibbee's First Request for Admissions to Plaintiff Samantha Cook*; and (2) a copy of this Notice of Service, upon the following:

Jeremiah Johnson, KS#22726
LAW OFFICES OF JEREMIAH JOHNSON LLC
104 E. Poplar
Olathe, Kansas 66061
(913) 768-0070\Fax: (913) 764-5012
(816) 284-9524
jeremiah@kcatty.com
ATTORNEY FOR PLAINTIFF
SAMANTHA COOK

with a copy to:

Todd A. Scharnhorst
Shannon Cohorst
SCHARNHORST AST & KENNARD, P.C.
1000 Walnut, Suite 1550
Kansas City, MO 64106
(816) 268-9401\Fax: (816) 268-9409
tas@sakfirm.com
**ATTORNEY FOR DEFENDANT**
**OLATHE HEALTH SYSTEMS, INC.**

Trevin Wray
HOLBROOK & OSBORN, P.A.
7400 West 110th Street, Suite 600
Overland Park, Kansas 66210-2362
(913) 342-2500\Fax: (913) 342-0603
twray@holbrookosborn.com
**ATTORNEYS FOR DEFENDANT**
**RONALD KARLIN, M.D.**

Respectfully submitted,

FISHER, PATTERSON, SAYLER & SMITH, LLP

  /s/ Michael K. Seck, #11393
Michael K. Seck, #11393
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas  66210
(913) 339-6757 / (913) 339-6187 (FAX)
mseck@fisherpatterson.com
**ATTORNEYS FOR DEFENDANTS**
**LEE KIBBEE, WESLEY SMITH AND**
**CITY OF OLATHE, KANSAS POLICE DEPARTMENT**

00281522.WPD;4