# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SAMANTHA COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-CV-02133-KHV-DJW |
| | ) |
| OLATHE MEDICAL CENTER, INC., | ) |
| *et. al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING DEFAULT JUDGMENT

This matter comes before the Court on the Motion for Default Judgment Of Sum Certain And Memorandum In Support (Doc. #218) which Olathe Medical Center, Inc. ("OMC") filed May 31, 2011. OMC seeks default judgment pursuant to FED. R. CIV. P. 55(b). On April 13, 2011, the Court ordered entry of default pursuant to FED. R. CIV. P. 55(a) and the Clerk entered default accordingly. See Docs. #199, #200. The Court finds that default judgment is appropriate and should be entered in favor of OMC pursuant to FED. R. CIV. P. 55(b).

It appears from the record that OMC's claim in this action is for a sum certain. Specifically, OMC alleges and seeks damages in the principal sum of $2.311.30. In support of its motion, OMC submits an affidavit by the OMC Director of Patient Accounting, Rhonda Wild, and an invoice for services rendered to plaintiff. See Exhibit A to Doc. #218. In the affidavit, Wild states that the reasonable and customary charges for the services rendered is $2,311.30. See id. ¶ 4. The invoice, however, reflects an adjustment of $1,271.22, with a balance due of $1,040.08. See Exhibit 1 to Exhibit A. On this record, the Court finds that

{00131951.DOC}

1

OMC is entitled to damages in the principal sum of $1,040.08 with interest thereon at the rate of .18 per cent as provided by law and its costs of action.

**IT IS THEREFORE ORDERED** that pursuant to FED. R. CIV. P. 55(b), default judgment shall be entered in favor of Olathe Medical Center, Inc., and against Samantha Cook, in the principal sum of $1,040.08.

Dated this 14th day of July, 2011 at Kansas City, Kansas.

> s/ Kathryn H. Vratil
> KATHRYN H. VRATIL
> United States District Judge

{00131951.DOC}

2