IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | |
|---|---|
| SAMANTHA COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-CV-02133-KHV-DJW |
| | ) |
| LEE KIBBEE, | ) |
| WESLEY SMITH, | ) |
| CITY OF OLATHE, KANSAS, | ) |
| OLATHE HEALTH SYSTEM, INC. | ) |
| MELISSA DAVENPORT, | ) |
| KIMBERLY WHEELER, | ) |
| OLATHE MEDICAL CENTER, INC. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO AMEND THE PRETRIAL
<u>ORDER DUE TO DEPOSITION TESTIMONY OF DEFENDANTS KIBBEE AND SMITH</u>**

**COMES NOW**, the Plaintiff, Samantha Cook, and respectfully requests the Court amend the Pretrial Order and allow her to present evidence at trail regarding claims which were previously dismissed by the Court.

Plaintiff acknowledges the Court's prior rulings on summary judgment and respectfully asks the court to reconsider those rulings based on the previously unavailable testimony of Defendants Kibbee and Smith. Plaintiff also realizes that this Motion is filed at the "11th hour," however Plaintiff was only recently permitted to depose Defendants Kibbee and Smith due to their motions for qualified immunity.

Plaintiff further acknowledges that this Motion may have been more properly titled as a Motion for Reconsideration. To the extent that the Court believes that a Motion to Reconsider would be more appropriate, Plaintiff asks the Court to consider this Motion as such.

For her Motion, Plaintiff submits the attached Memorandum in Support of her Motion.

                                Respectfully submitted by,

                                \s\ Jeremiah Johnson, #22726
                                Jeremiah Johnson, KS#22726
                                104 E. Poplar
                                Olathe, KS 66061
                                (913) 764-5010\Fax: (913) 764-5012
                                jeremiah@kcatty.com
                                **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on July 21, 2011, I electronically filed this notice, causing a copy to be sent to the following:

Michael K. Seck #11393
FISHER, PATTERSON, SAYLER & SMITH, LLP
51 Corporate Woods, Suite 300
9393 West 110th Street
Overland Park, Kansas 66210
(913)339-6757\Fax: (913)339-6187
mseck@fisherpatterson.com
**ATTORNEY FOR DEFENDANTS**
**LEE KIBBEE, WESLEY SMITH AND**
**CITY OF OLATHE, KANSAS POLICE DEPARTMENT**

                                /S/ Jeremiah Johnson
                                _____
                                Jeremiah Johnson, KS#22726