IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | |
|---|---|
| SAMANTHA COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-CV-02133-KHV-DJW |
| | ) |
| LEE KIBBEE, | ) |
| WESLEY SMITH, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

**COMES NOW**, the Plaintiff, Samantha Cook, by counsel Jeremiah Johnson and respectfully requests the Court dismiss her case with prejudice.

Respectfully submitted by,

\s\ Jeremiah Johnson, #22726
Jeremiah Johnson, KS#22726
104 E. Poplar
Olathe, KS 66061
(913) 764-5010\Fax: (913) 764-5012
jeremiah@kcatty.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I certify that on July 28, 2011, I electronically filed this notice, causing a copy to be sent to the following:

      /S/ Jeremiah Johnson
_____
Jeremiah Johnson, KS#22726